THE UNITES STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br>CARLOS JAVIER SOTO GONZALEZ<br>XXX-XX-2572<br>DEBTOR(S) | CASE NO.: 19-04523 BKT<br><br>CHAPTER 13 |

## MOTION REQUESTING THE IMPOSITION OF THE AUTOMATIC STAY

TO THE HONORABLE COURT:

Now comes debtor through undersigned Attorney and respectfully ALLEGES, STATES and PRAYS:

1. Debtor filed a fourth Chapter 13 bankruptcy petition on August 9, 2019, case number 19-04523 BKT.
2. Debtor has filed this petition to protect his offspring home since is the only residence for his children.
3. Debtor is in a more stable position to comply with the terms of the plan and the domestic support obligation arrears have decrease.

WHEREFORE, is respectfully prayed from this Honorable Court to Order the Continuation of the Automatic Stay or the imposition of the Automatic Stay over debtor and his property.

**CERTIFICATE OF SERVICE**: I hereby certify that on this date, I electronically filed the above document with the Clerk of the Court using an ECF/CM System which sends notification of such filing to ECF/CM user and by regular mail to the non ECF/CM users.

Within FOURTEEN (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise

In Bayamón, Puerto Rico, this August 15, 2019.

/s/ Michelle Rivera Colón
MICHELLE RIVERA COLON
ATTORNEY FOR DEBTOR/No. 223204
PMB 101 CALLE 39 UU-1
SANTA JUANITA BAYAMON PR 00956
Tel. (787) 447-3469   bufeteriveracolon@hotmail.com

```
Label Matrix for local noticing        US Bankruptcy Court District of P.R.    ASUME
0104-3                                  Jose V Toledo Fed Bldg & US Courthouse  PO BOX 71316
Case 19-04523-BKT13                     300 Recinto Sur Street, Room 109        San Juan, PR 00936-8416
District of Puerto Rico                 San Juan, PR 00901-1964
Old San Juan
Thu Aug 15 11:52:26 AST 2019

AT&T MOBILITY PUERTO RICO               BANCO SANTANDER                         BPPR
ONE AT&T WAY, ROOM 3A104                PO BOX 362589                           PO BOX 366818
Bedminster, NJ 07921-2693               SAN JUAN PR 00936-2589                  San Juan, PR 00936-6818


BRENDA LIZ PEREZ ROMERO                 COOP. A/C ARECIBO COOPACA               FIRSTBANK
HC 05 BOX 93971                         CALL BOX 1056                           PO BOX 9146
Arecibo, PR 00612-9622                  Arecibo, PR 00613-1056                  San Juan, PR 00908-0146


IRS                                     POPULAR AUTO                            SCOTIABANK
PO BOX 7346                             PO BOX 366818                           PO BOX 362230
Philadelphia, PA 19101-7346             San Juan, PR 00936-6818                 San Juan, PR 00936-2230


ALEJANDRO OLIVERAS RIVERA               CARLOS JAVIER SOTO GONZALEZ             MICHELLE RIVERA COLON
ALEJANDRO OLIVERAS CHAPTER 13 TRUS      PO BOX 142776                           PMB 101 CALLE 39 UU-1 SANTA JUANITA
PO BOX 9024062                          Arecibo, PR 00614-2776                  BAYAMON, PR 00956
SAN JUAN, PR 00902-4062


MONSITA LECAROZ ARRIBAS                 End of Label Matrix
OFFICE OF THE US TRUSTEE (UST)          Mailable recipients    15
OCHOA BUILDING                          Bypassed recipients     0
500 TANCA STREET  SUITE 301             Total                  15
SAN JUAN, PR 00901
```