# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE:

CARLOS J. SOTO GONZALEZ
XXX-XX-2572
Debtor

CASE NO.: 19-04523 BKT

CHAPTER 13

## OBJECTION TO MOTION FOR RULE 2004 PRODUCTION OF DOCUMENTS
## (DOCKET 58)

TO THE HONORABLE COURT:

Now comes debtor through undersigned Attorney and respectfully ALLEGES, STATES and PRAYS:

1) Creditor, Brenda Perez, represented by sister counsel, Lyssette Morales Vidal, filed on March 5, 2020 (Docket 58), a Motion for Rule 2004 requesting a production of documents.

2) We object to the request on the following grounds:

1. Fed. R. Bankr. P. 2004 establishes that the scope of examination relate to: the acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge.

2. There is no good cause[1] for the examination requested by creditor since a request for 2004 Exam is made to look for facts that may support a nondischargeability complaint and establish grounds for a challenge to the debtor's right to discharge. In the present case, creditor claim is a non-dischargeable debt pursuant to 11 U.S.C. § 523(a)(5) of the Bankruptcy Code. Also, Amended Schedule E/F filed on December 11, 2019 refers to creditors claim as a priority DSO Non Dischargeable Debt[2].

---

[1] Good cause is established if the one seeking the Rule 2004 examination has shown that such an examination is reasonably necessary for the protection of its legitimate interests. *Boeing Airplane Co. v. Coggeshall*, 280 F.2d 654, 659 (D.C.Cir.1960).

[2] 11 U.S.C. § 101(14A) defines what a domestic support obligation is: (a) a debt owed to or recoverable by a spouse, former spouse, or child of a debtor or such child's parent, …; (b) in the nature of alimony, maintenance, or support of such spouse, former spouse or child, without regard to whether such debt is expressly so designated; (c) established under a separation agreement, divorce decree or property settlement agreement, or an order of a court of record; and (d) not assigned other than for collection purposes.

A creditor must establish that there are "extraordinary circumstances" justifying examination of the debtor beyond the meeting of creditors in order to show good cause exists for a Rule 2004 examination. Absent a showing of "extraordinary circumstances," the bankruptcy court would not allow any discovery by a creditor after the meeting of creditors and before the filing of a complaint against the debtor. " In Re Hammond, 140 B.R. 197 (S.D. Ohio 1992).

3. Even if this Court determine that Rule 2004 examination is necessary for the protection of the examiner's legitimate interests, the bankruptcy court must balance the examiner's interests against the debtor's interest in avoiding the cost and burden of disclosure. *In re Drexel Burnham Lambert, Inc.,* 123 B.R. 702, 712 (Bankr.S.D.N.Y. 1991); *In re Texaco, Inc.,* 79 B.R. 551, 553 (Bankr.S.D.N.Y.1987).

4. The documents requested are unnecessary and the request is burdensome on debtor. The debtor's interest may in some cases warrant a limitation of the scope of the proposed examination. The production of documents refers to documents that debtor does not have like bank statements since 2014, credit card statements since 2014 and information of a corporation that belongs to debtors former spouse. We inform that debtor paystubs for the 6 months preceding the filing of the bankruptcy petition and income tax return for years 2017 and 2018 were sent to creditor in good faith on January 10, 2020.

5. A production of documents pursuant to Rule 2004 exam is not automatic. The person has to request it by filing a motion with the bankruptcy court and must have "just cause" (meaning, a good reason related to that person's claim) for requesting it. A creditor cannot use a 2004 Exam as a fishing expedition to benefit for another litigation outside the bankruptcy court. In Re Washington Mut., Inc., 408 B.R. 45 (Bankr. D. Del. 2009), In Re Enron Corp., 281 B.R. 836 (Bankr. S.D.N.Y. 2002). In the instant case, there will be no beneficial information for the bankruptcy estate and the information is being requested for the family case in State Court.

WHEREFORE, debtor humbly requests to this honorable Court that the Motion for Rule 2004 Production of Documents be denied.

**NOTICE UNDER L.B.R. 9013-1(h):** Within twenty one (21) days after service as evidenced by the certification, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this date, I electronically filed the above document with the Clerk of the Court using an ECF/CM System which sends notification of such filing to ECF/CM user and by regular mail to the non ECF/CM.

In Bayamon, Puerto Rico, this March 18, 2020.

/s/ Michelle Rivera Colón
**MICHELLE RIVERA COLON**
ATTORNEY FOR DEBTOR/No. 223204
PMB 101 CALLE 39 UU-1
SANTA JUANITA BAYAMON PR 00956
Tel. (787) 447-3469
Email: bufeteriveracolon@hotmail.com

```
Label Matrix for local noticing          BANCO SANTANDER - PUERTO RICO         COOPACA
0104-3                                   c/o SARLAW LLC                        CALL BOX 1056
Case 19-04523-BKT7                       BANCO POPULAR CENTER, SUITE 1022      ARECIBO, PR 00613-1056
District of Puerto Rico                  209 MUNOZ RIVERA AVE
Old San Juan                             SAN JUAN, PR 00918
Wed Mar 18 04:31:51 AST 2020

POPULAR AUTO, LLC                        UNITED STATES TRUSTEE                 US Bankruptcy Court District of P.R.
PO BOX 366818                            500 TANCA ST STE 301                  Jose V Toledo Fed Bldg & US Courthouse
SAN JUAN, PR 00936-6818                  SAN JUAN, PR 00901-1922               300 Recinto Sur Street, Room 109
                                                                               San Juan, PR 00901-1964


ASUME                                    ASUME-BRENDA PEREZ ROMERO             AT&T MOBILITY PUERTO RICO
PO BOX 71316                             PO BOX 71316 SAN JUAN PR 00936-8416   ONE AT&T WAY, ROOM 3A104
San Juan, PR 00936-8416                                                        Bedminster, NJ 07921-2693



BANCO POPULAR DE PUERTO RICO             BANCO SANTANDER                       BANCO SANTANDER - PUERTO RICO
BANKRUPTCY DEPARTMENT                    PO BOX 362589                         PO BOX 362589
PO BOX 366818                            SAN JUAN PR 00936-2589                SAN JUAN PR 00936-2589
SAN JUAN PR 00936-6818


BPPR                                     BRENDA LIZ PEREZ ROMERO               CRIM
PO BOX 366818                            HC 05 BOX 93971                       PO BOX 195387
San Juan, PR 00936-6818                  Arecibo, PR 00612-9622                SAN JUAN, PR 00919-5387



FIRSTBANK                                IRS                                   (p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 9146                              PO BOX 7346                           PO BOX 7999
San Juan, PR 00908-0146                  Philadelphia, PA 19101-7346           SAINT CLOUD MN 56302-7999



POPULAR AUTO                             SANTANDER FINANCIAL SERVICES INC.,    SCOTIABANK
BANKRUPTCY DEPARTMENT                    PO BOX 362589                         PO BOX 362230
PO BOX 366818                            SAN JUAN PR 00936-2589                San Juan, PR 00936-2230
SAN JUAN PUERTO RICO 00936-6818


ALEJANDRO OLIVERAS RIVERA                CARLOS JAVIER SOTO GONZALEZ           MICHELLE RIVERA COLON
CHAPTER 13                               PO BOX 142776                         PMB 101 CALLE 39 UU-1 SANTA JUANITA
PO BOX 9024062                           ARECIBO, PR 00614-2776                BAYAMON, PR 00956
SAN JUAN, PR 00902-4062



MONSITA LECAROZ ARRIBAS                  NOREEN WISCOVITCH RENTAS
OFFICE OF THE US TRUSTEE (UST)           PMB 136
OCHOA BUILDING                           400 CALAF STREET
500 TANCA STREET SUITE 301               SAN JUAN, PR 00918-1313
SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Island Portfolio Services, LLC as servicer

(d)COOPACA
CALL BOX 1056
Arecibo, PR 00613-1056

(d)POPULAR AUTO
PO BOX 366818
San Juan, PR 00936-6818

(d)BRENDA LIZ PEREZ ROMERO
HC 05 BOX 93971
ARECIBO, PR 00612-9622

End of Label Matrix
Mailable recipients   25
Bypassed recipients    4
Total                 29